MARCH 26, 1957

**No. 60585.**—American Viking Corp. and Sieling & Jarvis Corp. *v.* United States, protest 214594–K.——————C. D. 1830.  Plaintiff's application for rehearing denied.

MARCH 27, 1957

**No. 60586.**—J. E. Bernard & Company, Inc. *v.* United States, protests 250414–K/6590 and 254997–K/6810.—

Plaintiff's application for rehearing denied.

MARCH 25, 1957

**No. 60587.**—Suit 4871.—United States *v.* Henry Greenberg & Bros. Export & Import Co., Inc.—

C. D. 1755 reversed January 9, 1957.   C. A. D. 636.

**No. 60588.**—Suit 4874.—United States *v.* F. B. Vandegrift & Company, Inc.—

——C. D. 1757 reversed November 30, 1956. C. A. D. 628.

**No. 60589.**—Suit 4877.—United States *v.* Lansen-Naeve Corp.—

——C. D. 1765 reversed January 9, 1957.   C. A. D. 632.

**No. 60590.**—Suit 4883.—F. L. Kraemer & Co. and General  Motors Corp. Truck & Coach Div. *v.* United States.—

——C. D.  1772 affirmed January 9, 1957.   C. A. D. 635.

MARCH 27, 1957

**No. 60591.**—Suit 4885.—United States *v.* Shell Oil Co., Inc., and A. W. Salter & Co., Inc.—

C. A. D. 637.

MARCH 28, 1957

**No. 60592.**—Suit 4904.—United States *v.* Prime Fur Corp.—

——C.  D.  1802. (Appeal dismissed February 8, 1957.)